IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>   v.<br><br>RICKY ALLEN KANE, and MICHELE MARIE WATERS,<br><br>                 Defendants. | 8:23CR4<br><br>ORDER |

      This matter is before the Court on the Unopposed Motion to Continue Trial (Filing No. 72). Discovery is ongoing in this matter. Counsel needs additional time to review material as well as conduct plea negotiations. The government and counsel for the defendant, Michele Marie Waters, have no objection to the continuance. For good cause shown,

      IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 72) is granted as follows:

1. The jury trial, **for both defendants**, now set for May 28, 2024, is continued to **July 29, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 29, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 10th day of May 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge